UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEREK DESHANE, on behalf on himself and others similarly situated,

    Plaintiff,

v.    Case No: 2:16-cv-778-FtM-29CM

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #14) filed on May 9, 2017.  The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation.  <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this   10th   day of May, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record